UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY COOPER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:04-CV-399 JCH |
| | ) |
| MIKE KEMNA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon Petitioner's Motion for Relief from the Judgment, filed on January 5, 2007. (Doc. No. 12). In this motion, Petitioner notified the Court that he filed a Traverse, but that the Court did not receive it through no fault of his own. The Court has now considered Petitioner's Traverse and finds that no reason exists to change its previous judgment. Thus, Defendant's Motion for Relief from the Judgment is denied.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Relief from Judgment (Doc. No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner is **GRANTED** leave to appeal this Order.

Dated this 16th day of January, 2007.

/s/ Jean C. Hamiton
UNITED STATES DISTRICT JUDGE

1